FILED
JUN 28 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. SMITH, )
)
      Plaintiff, )
)
v. ) Civil Action No. 16-1021
)
GRAHAM C. MULLENS, *et al.*, )
)
      Defendants. )

## MEMORANDUM AND ORDER

This plaintiff is barred from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). *See Smith v. U.S. Judge Terrence W. Boyle*, No. 16-cv-998 (D.D.C. June 16, 2016); *Smith v. State of North Carolina*, No. 5:06-CT-3010 (W.D.N.C. Mar. 20, 2006) (citing cases).

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is DENIED; it is

FURTHER ORDERED that plaintiff's "Application for Temporary Injunction 18 U.S.C. § 3626 and Institutional Equivalent of 60Mont[h] Trust Fund Statement form Pro Se Plaintiff" [5] is DENIED [5] is DENIED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE. If plaintiff wishes to proceed, he may do so upon payment in full of the filing fee.

This is a final appealable Order.

SO ORDERED.

DATE: 6/24/16

_____
UNITED STATES DISTRICT JUDGE

